# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

United States Courts
Southern District of Texas
FILED

*September 19, 2025*

Nathan Ochsner, Clerk of Court

No. 25-40450   Sealed Appellant
              USDC No. 3:25-MC-15
No. 25-40458   USDC No. 3:25-MC-5067

The court has granted the motion to consolidate 25-40450 and 25-40458.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Elizabeth Frances Karpati
Mr. Andrew C. MacLachlan
Mr. Nathan Ochsner